UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christine Alice Ruggles,  Case No. 3:22-cv-2024

    Plaintiff,

v.  MEMORANDUM OPINION
AND ORDER

Commissioner of Social
Security Administration,

    Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Jonathan D. Greenberg filed on July 5, 2023. (Doc. No. 12). As Judge Greenberg correctly stated in his R & R,

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 28). *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

In this case, the fourteen-day window for objections has closed, and no objections have been filed.

After reviewing the R & R, I adopt it in its entirety as the Order of the Court. I agree that the ALJ applied the proper legal standards when considering the opinion of Scott Kaple, D.O, and evaluating Plaintiff's statements regarding her symptoms. Judge Greenberg also correctly concluded substantial evidence supports the ALJ's determinations on these matters. Finally, I concur with Judge Greenberg's finding that Plaintiff failed to demonstrate the ALJ erred when concluding she

could perform her past relevant work as a sorter. Therefore, I affirm the Commissioner's decision, as recommended by Judge Greenberg, and close this case.

    So Ordered.

s/ Jeffrey J. Helmick<br>
United States District Judge